**Diane Schmidgall, Plaintiff-Appellant, v. Fred W. Engelke and Russell Pursley, d/b/a Pursley & Engelke, Defendants-Appellees.**

Gen. No. 66–58M.

Third District.

March 17, 1967.

Clifford E. Schmidgall, of Peoria, for appellant; Harry C. Heyl, of Peoria, for appellees. Opinion by PRESIDING JUSTICE STOUDER. Not to be published in full.